UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X

GARY LABARBERA and FRANK FINKEL,
Trustees of Local 282 International
Brotherhood of Teamsters Welfare, Pension,
Annuity, Job Training and vacation Sick Leave
Trust Funds,

       Plaintiffs,

  - against -

DJ EXCEL, INC.,

       Defendant.
----------------------------------------------------------- X

BROOKLYN OFFICE

**ORDER ADOPTING REPORT**
**AND RECOMMENDATION**

CV-06-577 (BMC) (SMG)

**COGAN**, District Judge

  No objection to the Report and Recommendation of the Magistrate Judge has been filed. Nonetheless, I have reviewed the submissions on the motion together with Judge Gold's Report and Recommendation. I agree with and adopt the Report and Recommendation.

  **Therefore, the Clerk of the Court is directed to enter judgment in the amounts specified in the Report and Recommendation.**

             /s/(BMC)
             _____
Dated: Brooklyn, New York     U.S.D.J.
    July 24, 2007